# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Vemba Antonio Manuel,　　　　　　　　　　　　Case No. 4:18CV2139

　　　　Petitioner

　　v.　　　　　　　　　　　　　　　　　　　　**ORDER**

William P. Barr, Attorney General of
 the United States,

　　　　Respondent

　　　　This is a habeas corpus case under 28 U.S.C. § 2241.

　　　　The petitioner, Vemba Antonio Manuel, sought asylum in the United States, but an immigration judge denied his request and order him removed from the country. Manuel did not appeal to the Board of Immigration Appeals, and, in December, 2010, Immigration and Customs Enforcement removed Manuel to Angola. (Doc. 5–2, PageID 26).

　　　　Pending is the Attorney General motion to dismiss for lack of subject-matter jurisdiction. (Doc. 5). The gravamen of the motion is that the petition, which challenged only the legality of Manuel's pre-removal detention, is now moot considering Manuel's removal.

　　　　"The Sixth Circuit has held that a § 2241 petition for writ of habeas corpus that challenges an alien's detention pending removal is rendered moot by the alien's actual removal from the United States." *Danlad v. Immigration & Customs Enforcement*, 2018 WL 6002364, *3 (N.D. Ohio 2018) (Ruiz, J.) (citing *Enazeh v. Davis*, 107 F. App'x 489, 491 (6th Cir. 2004)).

Because Manuel sought only relief from his pre-removal custody, his petition is now moot.

It is, therefore,

ORDERED THAT the Attorney General's motion to dismiss for lack of subject-matter jurisdiction (Doc. 5) be, and the same hereby is, granted.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge